UNITED STATES DISTRICT COURT

EASTERN  District of  CALIFORNIA

| AIMEE BINDNER, | ORDER ON APPLICATION |
| Plaintiff | TO PROCEED WITHOUT |
| V. | PREPAYMENT OF FEES |

COMMISSIONER of SOCIAL SECURITY,     CASE     1:11-AT-00819
Defendant

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X  GRANTED.

   X  The clerk is directed to file the complaint.

   X  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐  DENIED, for the following reasons:

ENTER this   23rd   day of   December  ,   2011  .

/s/ Barbara A. McAuliffe
Signature of Judicial Officer

BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer