Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
Modesto, California 95354
(559) 264-2800
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Aimee Bindner,<br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security<br>    Defendant. | CASE NO.1:11-cv-02133-LJO-SMS<br><br>ORDER GRANTING EXTENSION OF TIME TO SUBMIT PLAINTIFF'S CONFIDENTIAL BRIEF<br>(Doc. 15) |

    IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a first-time 30-day extension of time to submit a confidential brief to Defendant. The extension is requested due to Plaintiff's attorney's workload demands and the number and complexity of the issues in this case. The current due date for Plaintiff's Confidential Brief is June 6, 2012. The new due date will be July 6, 2012. The scheduling order shall be modified accordingly (i.e., Plaintiff's brief due 9/11/12; Defendant's brief due 10/11/12).

Dated: June 6, 2012                      /s/ Sengthiene Bosavanh

                                                SENGTHIENE BOSAVANH, ESQ.
                                                Attorney for Plaintiff

Dated: June 6, 2012                      BENJAMIN B. WAGNER
                                                United States Attorney

                                                By: /s/David W. Lerch
                                                (as authorized via e-mail)
                                                DAVID W LERCH
                                                Special Assistant United States Attorney

IT IS SO ORDERED.

**Dated:   June 6, 2012**                **/s/ Sandra M. Snyder**
                                              UNITED STATES MAGISTRATE JUDGE