BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, IL SBN 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
DAVID W. LERCH, CA SBN 229411
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8936
    Facsimile: (415) 744-0134
    E-Mail: David.Lerch@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIMEE BINDNER, )<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of )<br>Social Security, )<br>)<br>    Defendant. )<br>_____) | CIVIL NO. 1:11-cv-2133-LJO-SMS<br><br>STIPULATION AND PROPOSED ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Administrative Law Judge (ALJ) will: (1) update the treatment evidence on the Plaintiff's medical condition, including the evidence submitted at the Appeals Council level; (2) articulate how he has evaluated the severity of all medically determinable mental impairments under the special technique; (3) expressly evaluate the treating medical source opinion from Dr. Pickell, in addition to any other medical opinions in the updated record, and explain the reasons for the weight he gives to this opinion evidence; (4) further consider the Plaintiff's residual functional capacity on the

updated record, citing specific evidence in support of the assessed limitations; (5) further consider whether the Plaintiff has past relevant work she could perform with the limitations established by the evidence; and (6) as appropriate, secure supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on the Plaintiff's occupational base.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security.

Respectfully submitted,

Dated: August 24, 2012        */s/ Sengthiene Bosavanh*
                              (As authorized via e-mail)
                              SENGTHIENE BOSAVANH
                              Attorney for Plaintiff

Dated: August 27, 2012        BENJAMIN B. WAGNER
                              United States Attorney
                              DONNA L. CALVERT
                              Acting Regional Chief Counsel, Region IX
                              Social Security Administration

                              /s/ David Lerch
                              DAVID LERCH
                              Special Assistant U.S. Attorney

                              Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: August 27, 2012            Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE