BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, IL SBN 6191786
Regional Chief Counsel, Region IX,
Social Security Administration
DAVID W. LERCH, CA SBN 229411
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8936
    Facsimile: (415) 744-0134
    E-Mail: David.Lerch@ssa.gov
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| **AIMEE BINDNER**, | Civil Action No. 1:11-cv-02133-LJO-SMS |
|     Plaintiff, | |
| vs. | **STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |
| **MICHAEL ASTRUE**, COMMISSIONER OF SOCIAL SECURITY, | |
|     Defendant. | |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel that, subject to the approval of the Court, Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of Four Thousand Five-Hundred Dollars and Zero Cents ($4,500.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

    After the Court issues an Order for EAJA Fees and expenses to Plaintiff, the government will

consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney. Pursuant to <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521, 2010 WL 2346547 (U.S. June 14, 2010), the ability to honor the assignment will depend on whether the fees and expenses are subject to any offset allowed under the United States Department of Treasury's Offset Program.  After Order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of the fees and expenses to be made directly to attorney Sengthiene Bosavanh, pursuant to the assignment executed by Plaintiff.  Any payments shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiffs request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff, and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: November 28, 2012      */s/ Sengthiene Bosavanh*
(As authorized via email)
SENGTHIENE BOSAVANH
Attorney for Plaintiff

Date: November 28, 2012       BENJAMIN B. WAGNER
United States Attorney

*/s/ David Lerch*
David Lerch, Esq.
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

**APPROVED AND SO ORDERED:**

Date: 11/29/2012          /s/ SANDRA M. SNYDER
                          Sandra M. Snyder
                          United States Magistrate Judge